UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TIG INSURANCE COMPANY, | * | CIVIL CASE NO.: |
| AS SUCCESSOR BY MERGER TO | * | |
| AMERICAN SAFETY INDEMNITY | * | |
| COMPANY ("ASIC") | * | |
| | * | SECTION: " " ( ) |
| VERSUS | * | |
| | * | JUDGE: |
| MAKE IT RIGHT FOUNDATION, | * | |
| MAKE IT RIGHT-NEW ORLEANS, | * | |
| LLC, MAKE IT RIGHT-NEW | * | |
| ORLEANS HOUSING, LLC, | * | |
| THOMAS F. DARDEN, III, S.H "JIM" | * | |
| FOGLEMAN, SAMUEL W. WHITT. | * | MAG. JUDGE: |
| MAURICE COLEMAN and LATOYA | * | |
| KING | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT FOR DECLARATORY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Complainant, TIG Insurance Company, as successor by merger to American Safety Indemnity Company ("ASIC"), who respectfully represents as follows:

### NATURE OF THE ACTION

**1.**

ASIC brings this Complaint against Make it Right Foundation ("MIRF"), Make It Right-New Orleans, LLC ("MIRNO"), Make It Right New Orleans Housing, LLC ("MIRNOH"), Thomas Darden, III ("Darden"), S.H. Fogelman ("Fogelman"), Samuel Whitt ("Whitt"), Maurice Coleman ("Coleman") and Latoya King ("King") (collectively "Defendants"). ASIC seeks, and is entitled to, a judicial declaration that ASIC has no obligation to defend or indemnify the Defendants in relation to claims asserted by the Plaintiffs in the Underlying Action as defined below.

00831271-1                                    1

## THE PARTIES

### Plaintiff

### 2.

TIG Insurance Company, as successor by merger to American Safety Indemnity Company ("ASIC") is a stock insurer domiciled in California, with a principal place of business in New Hampshire, authorized to do and doing business in the State of Louisiana within the jurisdiction of this Honorable Court.

### Defendants

### 3.

Defendant, Make It Right Foundation, is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in a state other than California or New Hampshire and authorized to do and doing business in the State of Louisiana.

### 4.

Defendant, Make it Right New Orleans, LLC is a limited liability company and a wholly owned subsidiary of Make It Right Foundation, organized under the laws of the State of Delaware with its principal place of business in a state other than California or New Hampshire and authorized to do and doing business in the State of Louisiana.

### 5.

Defendant, Make It Right New Orleans Housing, LLC is a limited liability company and a wholly owned subsidiary of the Make It Right Foundation, organized under the laws of the State of Delaware with its principal place of business in a state other than California or New Hampshire and authorized to do and doing business in the State of Louisiana.

**6.**

Defendant **Thomas F. Darden, III**, on information and belief, a person of the full age of majority and a resident of the State of North Carolina, who was allegedly an Officer and/or Chief Executive Officer and/or Board Member of the Make It Right Foundation and/or Make It Right-New Orleans, LLC, and/or Make It Right-New Orleans Housing, LLC from 2007 through 2014.

**7.**

Defendant **S.H. "Jim" Fogleman**, on information and belief, a person of the full age of majority and a resident of Raleigh, North Carolina who was allegedly a Treasurer/Secretary of Make It Right Foundation and/or Make It Right-New Orleans, LLC, and/or Make It Right-New Orleans Housing, LLC, from 2007 through March 2016.

**8.**

Defendant **Samuel W. Whitt**, on information and belief, a person of the full age of majority and a resident of Raleigh, North Carolina who was allegedly a Chairperson of Make It Right Foundation and/or Make It Right-New Orleans, LLC, and/or Make It Right-New Orleans Housing, LLC, from 2007 through March 2016.

**9.**

Defendant **Maurice Coleman**, on information and belief, a person of the full age of majority and a resident of and domiciled in Zachary, Louisiana, who was allegedly a member of the Board of Directors of Make It Right Foundation and/or Make It Right-New Orleans, LLC, and/or Make It Right-New Orleans Housing, LLC), from 2010 through March 2016.

**10.**

Defendant **Latoya King**, on information and belief, a person of the full age of majority and a resident of Raleigh, North Carolina who was allegedly a Vice President of Make It Right Foundation and/or Make It Right-New Orleans, LLC, and/or Make It Right-New Orleans Housing, LLC), from 2008 through March 2013.

*JURISDICTION AND VENUE*

**11.**

This Court has jurisdiction over the subject matter of this Complaint pursuant to 28 U.S.C. §§ 1332, 2201, and 2202. Complete diversity of citizenship exists between the parties, and the amount in controversy between ASIC and each Defendant is in excess of $75,000, exclusive of interest and costs.

**12.**

Venue is proper in this District pursuant to 28 U.S.C. § 1391(a), (c) and (g).

*UNDERLYING ACTION*

**13.**

From approximately March 2008 to approximately August 2015, a number of single-family homes were constructed by Make It Right Foundation in New Orleans, Louisiana.

**14.**

Upon information and belief, one or more of these homes were sold to Lloyd Francis, Jennifer Ducuir, Walter Claiborne, Alfreda Claiborne, Julia Keeler, and Ann Parfaite.

**15.**

On September 7, 2018, Lloyd Francis and Jennifer Decuir filed a Petition in state court seeking damages, individually and purportedly on behalf of others similarly-situated (collectively "Plaintiffs in the Underlying Action" or "PUA"), based on claims that their homes were constructed and built in a deficient manner. The First Amended Petition was filed on July 19, 2019, and is attached hereto as **Exhibit A.** In the First Amended Petition, the PUA state that they will establish damages in excess of $20 million. On October 18, 2019, the PUA filed a Second Amended Petition to add Walter Claiborne, Alfreda Claiborne, Julia Keeler, and Ann Parfaite as additional plaintiffs.

**16.**

In the First Amended Petition, the PUA allege the following damages, provided below in pertinent part:

83.

Plaintiffs' homes designed, constructed, built, and/or sold by the Foundation entities herein were deficiently constructed and built, and/or used such defective products which caused a multitude of damages, including but not limited to:

a. Water intrusion, trapped water, and moisture resulting from the construction defects has resulted in the growth of mold and other bacteria and has resulted in delamination of building materials;
b. Failure to properly vent properties has caused air quality problems;
c. Structural problems;
d. Electrical problems, including but not limited to faulty wiring, causing fire;
e. Plumbing problems;
f. Rotten wood;
g. Use of improper building supplies has caused porches to rot;
h. Use of improper building techniques has caused stair railings to fail;
i. HVAC problems;
j. Defective installation of electrical system;
k. Defective installation of gas lines;
l. Any and all other defects to be discovered.

85.

Plaintiffs have and will continue to suffer a diminution of value of their property as a result of the actions and inactions of Defendants, all as set forth hereinabove.

86.

Plaintiffs have and will continue to suffer financial loss for necessary repairs.

87.

Plaintiffs have and will continue to suffer mental distress as some of the conditions of their home cause mold growth and other risks to health. As recent as January 2019, homeowners received notices from the City advising that they needed to have their gas lines inspected as it had been discovered that homes had a covered up natural gas regulator which created risk for gas leaks.

## 17.

Darden, Fogleman, Whitt, Coleman, and King subsequently made a tender to ASIC regarding the above-referenced action, and are the only alleged officers, directors, and/or employees of MIRF, MIRNO, or MIRNOH to do so.

### THE ASIC POLICIES

## 18.

ASIC issued four Commercial General Liability policies to the Make it Right Foundation and its associated entities, hereafter referred to as the "ASIC Policies" and attached to this Complaint as **Exhibit B**. ASIC also issued four umbrella policies to Make It Right Foundation and its associated entities which are attached to this Complaint as **Exhibit C**. All eight policies are set forth below:

| Policy Number | Effective Dates | Policy Limits |
|---|---|---|
| ESL025149-10-01 | 03/27/2010 – 03/27/2011 | $1 Million Each Occurrence $2 Million Products/Completed Operations Aggregate $2 Million General Aggregate $2,500 Per Occurrence Deductible Defense Outside Limits |
| ESL025149-11-02 | 03/27/2011 – 03/27/2012 | $1 Million Each Occurrence $2 Million Products/Completed Operations Aggregate $2 Million General Aggregate $2,500 Per Occurrence Deductible Defense Outside Limits |
| ESL1000922-1203 | 03/27/2012 – 03/27/2013 | $1 Million Each Occurrence $2 Million Products/Completed Operations Aggregate $2 Million General Aggregate $2,500 Per Occurrence Deductible Defense Outside Limits |
| ESL1000922-1304 | 03/27/2013 – 03/27/2014 | $1 Million Each Occurrence $2 Million Products/Completed Operations Aggregate $2 Million General Aggregate $2,500 Per Occurrence Deductible Defense Outside Limits |
| ESU025156-10-01 | 03/27/2010 – 03/27/2011 | $2 Million Each Occurrence $2 Million General Aggregate |
| ESU025156-11-02 | 03/27/2011 – 03/27/2012 | $2 Million Each Occurrence $2 Million General Aggregate |
| ESU1000911-1203 | 03/27/2012 – 03/27/2013 | $2 Million Each Occurrence $2 Million General Aggregate |
| ESU1000911-1304 | 03/27/2013 – 03/27/2014 | $2 Million Each Occurrence $2 Million General Aggregate |

**19.**

MIRNO, MIRNOH, and MIRF are all named insureds under the ASIC policies. The ASIC Policies further provide that the following individuals and/or entities are "insureds" under the policies:

SECTION II – WHO IS AN INSURED

1.      If you are designated in the Declarations as:

* * *

c.      A limited liability company, you are an insured.  Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d.      An organization other than a partnership, joint venture or limited liability company, you are an insured.  Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors.  Your stockholders are also insureds, but only with respect to their liability as stockholders.

* * *

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

* * *

**20.**

Darden, Fogleman, Whitt, Coleman, and King are alleged by the PUA to be officers and directors of MIRF, and/or MIRNO, and/or MIRNOH, and if so, qualify as "Insureds" under the ASIC Policies.

**21.**

The ASIC policies include form CG 00 01 07 98, which contains an Insuring Agreement

and various exclusions. The Insuring Agreement provides in part as follows:

SECTION I – COVERAGES
COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1.      Insuring Agreement

      a.      We will pay those sums that the insured becomes legally obligated to
            pay as damages because of "bodily injury" or "property damage" to
            which this insurance applies.  We will have the right and duty to
            defend the insured against any "suit" seeking those damages.
            However, we will have no duty to defend the insured against any
            "suit" seeking damages for "bodily injury" or "property damage" to
            which this insurance does not apply.  We may, at our discretion,
            investigate any "occurrence" and settle any claim or "suit" that may
            result.  But:

            (1)      The amount we will pay for damages is limited as described
                  in Section III – Limits Of Insurance; and

            (2)      Our right and duty to defend ends when we have used up
                  the applicable limit of insurance in the payment of judgments
                  or settlements under Coverages A or B or medical expenses
                  under Coverage C.

            No other obligation or liability to pay sums or perform acts or
            services is covered unless explicitly provided for under
            Supplementary Payments – Coverages A and B.

      b.      This insurance applies to "bodily injury" and "property damage"
            only if:

            (1)      The "bodily injury" or "property damage" is caused by an
                  "occurrence" that takes place in the "coverage territory"; and

            (2)      The "bodily injury" or "property damage" occurs during the
                  policy period.

c.      Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

\* \* \*

## 22.

Section V of the CG 00 01 07 98 form contains the following applicable definitions:

\* \* \*

3.      "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

\* \* \*

8.      "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a.      It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b.      You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

a.      The repair, replacement, adjustment or removal of "your product" or "your work"; or

b.      Your fulfilling the terms of the contract or agreement.

\* \* \*

13.      "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

\* \* \*

16.     "Products-completed operations hazard":

    a.     Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

        (1)     Products that are still in your physical possession; or

        (2)     Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

            (a)     When all of the work called for in your contract has been completed.

            (b)     When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

            (c)     When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

        Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

* * *

17.     "Property damage" means:

    a.     Physical injury to tangible property, including all resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    b.     Loss of use of tangible property that is not physically injured.  All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

* * *

18.    "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged.  "Suit" includes:

    a.    An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    b.    Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

* * *

20.    "Your product" means:

    a.    Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

        (1)    You;

        (2)    Others trading under your name; or

        (3)    A person or organization whose business or assets you have acquired; and

    b.    Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

    "Your product" includes:

    a.    Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    b.    The providing of or failure to provide warnings or instructions.

    "Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

21.    "Your work" means:

    a.    Work or operations performed by you or on your behalf; and

> b.  Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

> a.  Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

> b.  The providing of or failure to provide warnings or instructions.

* * *

**23.**

The CG 00 01 07 98 form contains the following exclusions in Section I, Part 2., which states this insurance does not apply to:

* * *

> j.  Damage To Property
>
>   "Property damage" to:
>
>   (1)  Property you own, rent, or occupy;
>
>   (2)  Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;
>
>   (3)  Property loaned to you;
>
>   (4)  Personal property in the care, custody or control of the insured;
>
>   (5)  That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or
>
>   (6)  That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days.  A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

k.      Damage To Your Product

"Property damage" to "your product" arising out of it or any part of it.

l.      Damage To Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".  This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m.      Damage To Impaired Property Or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1)      A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2)      A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n.      Recall Of Products, Work Or Impaired Property

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1)      "Your product";

(2)      "Your work"; or

(3)      "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

* * *

### 24.

The ASIC policies also contain the following Exterior Insulation and Finish Systems

(EIFS) exclusion, form ES 98 095 05 04, which states:

ES 98 95 05 04
EXTERIOR INSULATION AND FINISH SYSTEM (EIFS) EXCLUSION

This Endorsement shall not serve to increase our limits of insurance, as described in SECTION III – LIMITS OF INSURANCE.

The following exclusion is added to SECTION I, COVERAGE A. and COVERAGE B., Par. 2. of the policy.  This insurance does not apply to:

Bodily injury, property damage or personal and advertising injury arising out of or caused by the actual or alleged:

1.      Design, construction, fabrication, preparation, installation, application, maintenance, or service of an "exterior insulation and

finish system" (commonly referred to as synthetic stucco) or any part thereof.

2.      Any work or operations with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system" is used on that particular part of that structure.

For the purposes of this endorsement, an "exterior insulation and finish system" means an exterior cladding or finish system used on any part of any structure, and consisting of:

a.      a rigid or semi-rigid insulation board made of expanded polystyrene or other materials;

b.      the adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

c.      a reinforced base coat; and

d.      a finish coat providing surface texture and color.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

* * *

### 25.

The ASIC policies also contain the following Mold and Mildew exclusion, form ES 98 115

05 04, which states:

#### MOLD AND MILDEW EXCLUSION

This Endorsement shall not serve to increase our limits of insurance, as described in SECTION III – LIMITS OF INSURANCE.

In consideration of the payment of premiums, it is hereby agreed that the following exclusion is added to SECTION I, COVERAGE A. and COVERAGE B., Par. 2. of the policy.

A.      This insurance does not apply to any of the following:

1.      "Bodily injury", "property damage" or "personal and advertising injury" arising out of, relating to or resulting from the actual or alleged existence, ingestion, inhalation, abatement, testing, monitoring, remediation, "enclosure", decontamination, repair or removal of "mold, mildew or fungus" in any form.

2.      Any loss, cost, expense or damages, whether actual or alleged, arising out of, relating to, or resulting from "mold, mildew or fungus" that arises from any cause whatsoever, whether caused by any act or omission of any insured or any third party, whether caused by chronic water intrusion into the building envelope, whether caused by the presence of water on or in any substance or substrate, whether caused by construction defects, whether caused by action or inaction of any insured or any third party, whether caused by any act of God, or whether caused by any combination of factors.

3.      "Bodily injury", "property damage" or "personal and advertising injury" or repair, replacement, remediation, decontamination or removal of any material or building structure or member arising out of the existence, ingestion, inhalation, abatement, testing, monitoring, enclosure", "microbiological decontamination", remediation, repair or removal of any contamination that causes any alleged chemical sensitivity.

We have no duty to defend any insured, investigate any "occurrence", offense or "suit" against any insured, settle any claim on behalf of any insured, or indemnity any insured with regard to any "occurrence", offense or "suit" that arises out of any contamination, "bodily injury", "property damage" or "personal and advertising injury" caused by or arising out of the existence of "mold, mildew or fungus" in any form whether the "mold, mildew or fungus" is the sole cause, concurrent cause, partial cause, or contributing cause of any damage or injury claimed.

If you investigate or defend any such "occurrence", offense or "suit", we have no duty to pay the expenses of the investigation or defense, nor do we have any duty to reimburse you.

B.      SECTION V - DEFINITIONS is amended to add the following additional definition:

1.      "Enclosure" means those procedures and operations required to construct an airtight, impermeable wall, ceiling or other permanent barrier around surfaces contaminated by a material or substance in order to prevent the discharge, dispersal, release or escape of any part of that material substance.

2.    "Microbiological decontamination" means those activities, procedures or operations required to clean up, detoxify, dilute, remove or abate microorganisms, fungi, bacteria, allergens and other similar matter.

3.    "Mold, Mildew or Fungus" means any plantlike group that does not produce chlorophyll and derives food either by decomposing organic matter from dead plants and animals or by parasitic attachment to living organisms or any substance specifically or commonly referred to as mold, mildew or fungus.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

* * *

## 26.

The Insuring Agreement of the four umbrella policies is modified by the following

Endorsement:

XS 00 213 06 08

1.  INSURING AGREEMENT

a. We will pay on behalf of the insured the "ultimate net loss" in excess of the "applicable underlying limit ", which the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage","personal injury" or "advertising injury" to which this insurance and the "underlying insurance" apply. This insurance applies only to:
(1) "Bodily Injury" or "property damage":
    (a) Occurring during the policy period; and
    (b) Caused by an "occurrence" during the policy period that takes place in the "coverage territory"; and
(2) "Personal injury" or "advertising injury" caused by an "offense" committed in the "coverage territory" and during the policy period.

The coverage provided by this policy will:
(1) Follow the terms, definitions, conditions and exclusions that are contained in the "underlying insurance", unless otherwise directed by this policy, including any attached endorsements; and
(2) Not be broader than that provided by the "underlying insurance".

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

* * *

### 27.

The umbrella policies also contain the following exclusions in Section I, Part 3., which state

that this insurance does not apply to:

* * *

j.      "Property damage" to:

(1)      Property you own, rent, or occupy;

(2)      Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3)      Property loaned to you;

(4)      Personal property in the care, custody or control of the insured;

(5)      That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6)      That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

k.      "Property damage" to "your product" arising out of it or any part of it.

l.      "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

m.      "Claims" or "suits" "arising from" "impaired property" or property that has not been physical injured, arising out of:

(1)     A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2)     A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

n.     Recall Of Products, Work Or Impaired Property

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1)     "Your product";

(2)     "Your work"; or

(3)     "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

* * *

**28.**

Pursuant to the above policy language, ASIC is entitled to a declaration that the ASIC Policies do not provide coverage to Defendants for the claims brought in the Amended Petition by the PUA, and that ASIC has no obligation to defend or indemnify them in relation to same.

**29.**

ASIC is entitled to a declaration that coverage for the PUA claims in the Amended Petition are excluded by one or more exclusions in the ASIC Policies.

**30.**

Specifically, ASIC is entitled to a declaration that exclusions j. through n. as provided above and contained in the ASIC Policies exclude coverage for the PUA claims in the Amended Petition, and that ASIC has no obligation to defend or indemnify the Defendants in relation to same.

**31.**

ASIC is further entitled to a declaration that it has no duty to defend or indemnify under the insuring agreement and exclusions j. through n of the umbrella policies.

**32.**

ASIC further pleads the terms, conditions, provisions and limitations contained in the Policies as if copied herein ***in extenso.***

**WHEREFORE,** TIG Insurance Company, as successor by merger to American Safety Indemnity Company ("ASIC") prays that Defendants be cited to appear and answer the Complaint herein within the delays fixed by law and that after due proceedings are had, that there be judgment herein in favor of ASIC declaring that:

(1)    TIG Insurance Company, as successor by merger to American Safety Indemnity Company ("ASIC") has no contractual obligation under the Policies to defend or provide coverage to the Defendants for any attorneys' fees or costs incurred by them in defending the Underlying Action, or damages awarded in favor of the PUAs, or damages that the Defendants agree to pay in settlement of the Underlying Action;

(2)    Awarding to TIG Insurance Company, as successor by merger to American Safety Indemnity Company ("ASIC") its costs of suit and attorneys' fees reasonably and necessarily incurred;

(3)    For all other general and equitable relief as is reasonable.

Respectfully submitted,

_____ /s/ David F. Bienvenu _____
David F. Bienvenu, (#3070)
Joshua M. Hudson, (#31196)
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, LA 70163
Telephone: (504) 569-2030
Facsimile:   (504) 569-2999
**Attorneys for Plaintiff, TIG Insurance Company,
As successor by merger to American Safety
Indemnity Company ("ASIC")**