UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TIG INSURANCE COMPANY                                CIVIL ACTION

V.                                                                     NO. 20-262

MAKE IT RIGHT FOUNDATION ET AL              SECTION "H"(4)

## JUDGMENT

For reasons issued July 17, 2020 (Doc. 34) and filed herein;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned matter be DISMISSED in its entirety.

Signed in New Orleans, Louisiana, this 17th day of July, 2020.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE